UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 26, 2018 ★
BROOKLYN OFFICE

MARION KILER, *individually and as the representative of a class of similarly situated persons*

    Plaintiff,

vs.

INTERNATIONAL CULINARY CENTER LLC,

    Defendant.

Case No. 18CV2688-ENV-VMS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear her/its own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: ~~June~~ July 18, 2018

_____
Dan Shaked, Esq.
Shaked Law Group, P.C.
44 Court Street
Suite 1217
Brooklyn, NY 11217
Email: shakedlawgroup@gmail.com
Phone: (917) 373-9128
*Attorneys for Plaintiff*

_____
Craig A. Convissar, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
Email: craig.convissar@kattenlaw.com
Phone: (212) 940-6369
*Attorneys for Defendant*

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
Hon. Eric N. Vitaliano
United States District Judge

Date: 7/24/18

The clerk is directed to close this case.

14